JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-00365-BLF (VKD) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY REVOCATION HEARING |
| v. | |
| CESAR FRANCISCO GARCIA, | |
| Defendant. | |

Cesar Garcia and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the preliminary revocation hearing currently set for February 18, 2026, may be continued to February 19, 2026. The reason for the requested continuance is defense counsel is unavailable to appear on February 18, 2026 and is therefore requesting the hearing be continued by one day to February 19, 2026. The parties agree that the continuance is an appropriate delay for continuity of counsel, it does not prejudice Mr. Garcia, and is therefore in the interest of justice.

IT IS SO STIPULATED.

STIPULATION AND [~~PROPOSED~~] ORDER

Dated: February 17, 2026

JODI LINKER
Federal Public Defender

_____/s/_____
Sophia Whiting
Assistant Federal Public Defender


Dated: February 17, 2026

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
Amani S. Floyd
Assistant United States Attorney


**[~~PROPOSED~~] ORDER**

Upon agreement and stipulation of the defendant Cesar Francisco Garcia, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the preliminary revocation hearing may be continued to February 19, 2026.

IT IS SO ORDERED.

DATED: ___February 17, 2026___

*Virginia K. DeMarchi*
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER