JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor, Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant
GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>CESAR GARCIA,<br>Defendant. | Case No. CR 24–365 BLF (VKD)<br>**APPLICATION FOR LEAVE FOR THE FEDERAL PUBLIC DEFENDER TO WITHDRAW AND FOR THE APPOINTMENT OF CJA PANEL COUNSEL; [~~PROPOSED~~] ORDER** |

The Federal Public Defender's Office hereby requests that the Court grant the proposed order for the Federal Public Defender to withdraw as counsel and substituting panel counsel, or in the alternative, set the matter on the magistrate duty calendar for appointment of counsel.

In further support of this Application, undersigned counsel states as follows:

1. I am an Assistant Federal Public Defender in the San Jose division. My office has been appointed to represent Mr. Garcia on the pending Form 12, filed at ECF 21.
2. A status conference in this matter is currently scheduled for October 27, 2026.
3. I have identified what I believe is in my professional judgment a conflict of interest in

my office's representation of Mr. Garcia.

4. I have contacted Ruben Deang, the CJA panel administrator, to locate new counsel for Mr. Garcia. CJA panel attorney Shane Kelly has been informed of the nature of the case, and the current procedural posture. Mr. Kelly is willing to accept the appointment, effective today.

5. Because of this conflict and to ensure continuous effective representation, I submit this application to request the Court appoint new counsel. I request that the Court grant the proposed order of substitution without an appearance, or in the alternative, the Court can set the matter on the magistrate duty calendar for appointment of new counsel.

6. Attached for the Court's consideration is a proposed order of substitution of counsel.

Respectfully submitted,

Dated: September 4, 2026

JODI LINKER
Federal Public Defender

___________/s/_______________
Dejan M. Gantar
Assistant Federal Public Defender

[~~PROPOSED~~] **ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record, and it is FURTHER ORDERED that Shane Kelly, an attorney from the CJA panel, is appointed to represent Defendant Cesar Garcia as of September 4, 2026, and in all further proceedings.

IT IS SO ORDERED.

DATED: September 4, 2026

Virginia K. DeMarchi
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge